RECEIVED
SDNY PRO SE OFFICE
2016 OCT 14  AM 10: 15

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| PAMELA P. GABRIEL,<br>ROBERT P. GABRIEL<br><br>Plaintiffs,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS 11 TRUST 2006-AR2, U.S BANK, N.A. AS TRUSTEE FOR THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2006-12, BANK OF AMERICA, N.A., NATIONSTAR MORTGAGE, LLC<br><br>Defendants. | Case No. 1:16-cv-02903 GBD |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-14-16

PLAINTIFFS' SECOND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT OR, ALTERNATIVELY, MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Pamela P. Gabriel          *[signature]*     10/12/16

Robert P. Gabriel , Pro Se   *[signature]*   10/12/16

